# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ULTIMATE HOME PROTECTOR PANS, INC. d/b/a DRIPTITE,<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>CAMCO MANUFACTURING, INC.,<br><br>    **Defendant.** | 1:19CV280 |
| ULTIMATE HOME PROTECTOR PANS, INC. d/b/a DRIPTITE,<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>HAIER US APPLIANCE OPERATION, LLC, d/b/a GE APPLIANCES, and HAIER US APPLIANCE SOLUTIONS, INC., d/b/a GE APPLIANCES,<br><br>    **Defendants.** | 1:19CV675 |

## MOTION TO DISMISS AND FOR DEFAULT JUDGMENT

COME NOW Defendants Camco Manufacturing, Inc. ("Camco"), Haier US Appliance Operation, LLC ("HUSAO"), and Haier US Appliance Solutions, Inc. ("HUSAS") (together, the "Haier Defendants") (collectively, "Defendants"), by and through counsel and pursuant to Rules 41(b) and 55(b) of

the Federal Rules of Civil Procedure, and move the Court to dismiss with prejudice the claims of Ultimate Home Protector Pans, Inc., d/b/a Driptite ("Driptite") and to enter default judgment against Driptite on the counterclaims of Defendants. In support of this Motion, Defendants show the following and file a supporting brief.

1. On March 25, 2020, the Defendants filed, and served via the Court's ECF system, their Answers and Counterclaims against Driptite. (Doc. 22, 23). Under Rule 12(a) of the Fed. R. Civ. P., Driptite's answer or other response to the Counterclaims was due no later than April 15, 2020.

2. As Driptite did not timely file an answer or other response to the Counterclaims, the Clerk of Court entered default against Driptite on May 8, 2020. (Doc. 33).

3. Among other things, the Counterclaims seek a declaratory judgment that U.S. Patent No. 8,393,351 (the "'351 Patent") upon which Plaintiff's claims are based (i) is invalid based on prior art including Plaintiff's own devices which were on sale more than a year before the application for the '351 Patent was filed, (ii) is

unenforceable as a result of Frank L. Carter's apparent inequitable conduct before the U.S. Patent and Trademark Office, and (iii) is not infringed by the devices sold by Defendants. Defendants' counterclaims also seek recovery of their attorneys' fees from Driptite pursuant to 35 U.S.C. § 285.

4. To date, Driptite has not filed any answer or other response to the Counterclaims, and Driptite also has not filed any motion concerning the default.

5. Furthermore, on March 31 and April 1, 2020, all of Driptite's attorneys of record filed motions to withdraw. (Docs. 24, 25, 26).

6. On April 6, 2020 documents dated April 2 were filed by Frank Carter, the self-identified President of Driptite, seeking permission to represent Driptite. (Docs. 27, 28)

7. On April 9, 2020, the Court granted the motions to withdraw by Driptite's counsel, denied Frank Carter's motion, ordered that Driptite shall engage substitute counsel and that such new counsel shall make a general appearance within 30 days of the Order, and warned that a

failure to do so may result in dismissal of the case. (Doc. 29).

8. Contrary to the Court's April 9, 2020 order, no counsel has entered an appearance on behalf of Driptite within the 30 days allowed by the Court.

WHEREFORE, the Defendants respectfully request that the Court:

a. Dismiss Plaintiff's claims against Defendants with prejudice;

b. Enter a declaratory judgment that that U.S. Patent No. 8,393,351 is invalid as anticipated by the prior art;

c. Enter a declaratory judgment that U.S. Patent No. 8,393,351 is unenforceable as a result of inequitable conduct before the U.S. Patent and Trademark Office;

d. Enter a declaratory judgment that the devices sold by Defendants do not infringe U.S. Patent No. 8,393,351;

e. Grant such other relief as the Court deems just and proper.

Respectfully submitted this 12th day of May, 2020.

/s/ Matthew B. Tynan
David Sar

4

N.C. State Bar No. 23533
dsar@brookspierce.com
Matthew B. Tynan
N.C. State Bar No. 47181
mtynan@brookspierce.com
**BROOKS, PIERCE, MCLENDON,
  HUMPHREY & LEONARD, L.L.P.**
Post Office Box 26000
Greensboro, NC 27420-6000
Telephone:      (336) 271-3175

*Attorneys for Defendants*

5

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that I electronically filed the foregoing **Motion to Dismiss and for Default Judgment** with the Clerk of Court using the CM/ECF system, and I hereby certify that I have mailed the same document(s) identified above to the following non-CM/ECF participants:

Ultimate Home Protector Pans, Inc.
c/o Frank L. Carter
538 Center Road
Conneaut, Ohio 44030
frankcarter@driptite.com

Ultimate Home Protector Pans, Inc. d/b/a Driptite
Attn: Frank Carter
25422 Trabuco Rd., Ste. 105-622
Lake Forest, CA 92630

Ultimate Home Protector Pans, Inc. d/b/a Driptite
Attn: Frank Carter
P.O. Box 622
North Kingsville, OH 44068

This the 12th day of May, 2020.

/s/ Matthew B. Tynan
Matthew B. Tynan
*Attorney for Defendants*

6